MR. JUSTICE HUNT,
dissenting:
I dissent. The Madison County Deputy Superintendent of Schools and the State Superintendent of Public Instruction both found that the Sheridan Public School Board of Trustees terminated four nontenured teachers, including appellant Rose Keller, due to the financial condition of the school district. Keller justifiably relied on this reason for her termination and did not request further justification. In fact, under § 20-4-206(4), MCA, the trustees were not required to give her reasons for her termination if the financial condition of the school district was indeed the reason for her nonrenewal. The majority, however, holds that, because Keller did not request a statement of reason within 10 days after notification of termination, she lost all rights of appeal. Under this reasoning, whenever a board of trustees decides not to renew contracts due to the financial condition of the school district, in order to protect appeal rights, all nontenured teachers must request a statement of reasons — just in case the trustees did not mean what they said when they adopted the resolution. If a teacher cannot rely on the resolution of a school-board, what can she rely on?
I would affirm the District Court.